**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | BK No. 19-29202 |
| Michael J. Garnmeister, ) | Chapter 7 |
|   Debtor. ) | Honorable David D. Cleary |

**NOTICE OF MOTION/HEARING**

To:  see service list p. 2

PLEASE TAKE NOTICE that on **Wednesday, September 30, 2020 at 10:00 a.m.**, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present the motion of creditor Judy Garnmneister, entitled below as **Creditor Judy Garnmeister's final motion to extend time to object to discharge or dischargeability under 523/727**. This motion will be presented and heard telephonically.

No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476. If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**CREDITOR JUDY GARNMEISTER'S FINAL MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE OR DISCHARGEABILITY UNDER 523/727**

    Creditor, Judy Garnmeister ("Creditor"), through her undersigned attorney, states as follows in support of her motion:

1. This will be the final request for extension.
2. Debtor filed a petition under Chapter 7 on 10/14/19, case number 19-29202.
3. Debtor has still not amended his petition to list Creditor on schedule E/F, as Debtor owes Creditor domestic support obligations, including back child support, and other debts.
4. 9/22/20 is the current deadline to object to discharge or challenge whether certain debts are dischargeable.
5. Creditor has been prejudiced by, among other things, Debtor's omission of failing to list her as a creditor in the case.
6. In an effort to resolve this matter without further litigation, undersigned counsel has had phone discussions with, and emailed debtor's counsel a draft proposed agreed order regarding the debts at issue between the parties.
7. Creditor respectfully requests the deadline be extended an additional 60 days, until November 21, 2020.
8. As several extensions have already been granted, Creditor has styled this order as final, and no additional requests for extension will be made.

   **WHEREFORE**, Creditor Judy Garnmeister respectfully requests this Honorable Court to extend an additional 60 days the deadline to object to discharge or challenge whether certain debts are dischargeable, and for other or different relief as this Honorable Court deems equitable and just.

                  Respectfully Submitted,

                  Judy Garnmeister

             By: s/Scott C. Polman
                Attorney for Creditor

Scott C. Polman, Esq.
Law Office of Scott C. Polman
8130 N. Milwaukee Ave.
Niles, IL 60714
ph: (847) 292-1989
spolman.law@comcast.net
No. 6294565

### Certificate of Service

The undersigned, attorney of creditor, hereby certifies that on 9/22/20, the following parties shall be served the foregoing via the method of service as so indicated below.

                 s/Scott C. Polman

**SERVICE LIST**

**Motion to Extend Time to Object to Discharge or Dischargeability Under 523/727**
**BK Case 19-29202**
**Motion filed – 9/22/20**

| Name and/or Postal Address | Email Address (if applicable) | Method of Service |
|---|---|---|
| U.S. Trustee<br>Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov | Email CM/ECF system |
| Ronald R. Peterson, Trustee<br>Jenner & Block LLP<br>353 N. Clark St.<br>Chicago, IL 60654 | rpeterson@jenner.com | Email CM/ECF system |
| David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076<br>Attorney for Debtor | cutlerfilings@gmail.com | Email CM/ECF system |