UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Michael J. Garnmeister<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number:  19-29202<br><br>Chapter:  7<br><br>Honorable David D. Cleary |

## Agreed Order Excepting Debts as Non-Dischargeable

Pursuant to agreement between the parties, Debtor, Michael J. Garnmeister and Creditor, Judy Garnmeister, the above-named parties stipulate that any amount due from Debtor to Creditor Judy Garnmeister are non-dischargeable pursuant to 11 U.S.C. § 523(a)(5) & (a)(15), and as otherwise stated in the parties' dissolution of marriage judgment:

signed: _____
Debtor's Attorney, David H. Cutler

IT IS SO ORDERED.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:

**Prepared by:**
Scott C. Polman, Esq.
Law Office of Scott C. Polman
8130 N. Milwaukee Ave.
Niles, IL 60714
ph: (847) 292-1989
spolman.law@comcast.net
No. 6294565